# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JEREMIAH JAMES JUNEAU

VERSUS

ORLEANS PARISH, ET AL.

CIVIL ACTION

18-20-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 5, 2018 to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter is to be transferred to the Eastern District of Louisiana for further proceedings. It is further ordered that any determination regarding Plaintiff's entitlement to proceed as a *pauper* herein be deferred to the transferee court for resolution and disposition.

Baton Rouge, Louisiana the 4 day of May 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 3.